THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

TERRELL ROBERTS )
  Plaintiff, )
   )
v. ) Case No.
   )   25-CV-00887-JD
EQUIFAX INFORMATION SERVICES, )
LLC and TRANS UNION, LLC )
  Defendants. )
   )

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Plaintiff Terrell Roberts, by and through his undersigned counsel, respectfully submits this Response to the Court's Show Cause Order [Doc. No. 32] entered on May 22, 2026.

Plaintiff acknowledges that the brief joint status report required by the Court's Scheduling Order of November 19, 2025 [Doc. No. 29 ¶ 21] was not filed by the March 27, 2026 deadline. Counsel for Plaintiff sincerely apologizes to the Court for this inadvertent failure to comply with the Court's Order. The noncompliance resulted from an internal calendaring oversight.

As of May 24, 2026, Counsel has prepared and emailed the required joint status report and will ensure that it is promptly circulated to opposing counsel and filed with the Court by the May 27, 2026 deadline set forth in the Show Cause Order.

Plaintiff respectfully requests that the Court accept this explanation, excuse the untimely filing, and find that no sanctions are necessary.

Respectfully submitted,

**s/ Nkem A. House**
Nkem A. House, OBA No. 21219
The House Law Group
425 W. Wilshire Blvd., Ste. E
Oklahoma City, Oklahoma 73116
405.633.1709 (telephone)
houselawfirm@gmail.com (email)
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This will certify that a true copy of the foregoing pleading was served via this Court's CM/ECF system on May 25, 2026 to all ECF registrants.

**s/ Nkem A. House**