THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

TERRELL ROBERTS                    )
   Plaintiff,                )
                                   )
v.                                 ) Case No.
                                   ) 25-CV-00887-JD
EQUIFAX INFORMATION SERVICES,      )
LLC and TRANS UNION, LLC           )
   Defendants.               )
                                   )

---

## STATUS REPORT

---

Pursuant to this Court's Scheduling Order (Dkt. No. 29), The parties submit this Discovery Status Report in the above captioned matter.

## DISCOVERY:

**Plaintiff:**   Plaintiff has served a first round of discovery on Defendant Equifax. Defendant has responded, however, Plaintiff believes said responses to be incomplete, a deficiency letter was served. Another discovery conference will be scheduled in the near future. Plaintiff is going to Amended Complaint after deposition once more facts is discovered. Plaintiff is contemplating deposing representatives of Defendant in preparation for trial.

Plaintiff has served a first round of discovery on Defendant Trans Union. Plaintiff will have a meet and confer with Trans Union.

**Defendant Equifax:** Equifax timely served its responses to Plaintiff's First Set of Interrogatories, First Request for Production and First Request for Admission on December 23, 2025.

**Defendant Trans Union:**  Trans Union served its First Set of Interrogatories and First Request for Production to Plaintiff on November 26, 2025, and its

1

First Request for Admission to Plaintiff on December 1, 2025. Plaintiff has not responded to Trans Union's requests to date.

Trans Union timely served its responses to Plaintiff's First Set of Interrogatories, First Request for Production and First Request for Admission, and its production documents labeled TU 1- TU 31, on February 23, 2026.

At this time, Defendant does not anticipate any third-party discovery.

ANTICIPATED MOTIONS.

Plaintiff:  Plaintiff is contemplating filing a Motion Summary Judgment after discovery has been completed.

Defendant Equifax: Equifax anticipates filing a Motion for Judgment on the Pleadings and/or a Motion for Summary Judgment.

Defendant Trans Union: Trans Union anticipates filing a Motion for Judgment on the Pleadings and/or a Motion for Summary Judgment.

OVERALL STATUS.

Plaintiff: Plaintiff is hopeful that the discovery issues will be resolved shortly. A judicial settlement conference would be good if ordered.

Defendant Equifax: Equifax is open to scheduling a settlement conference with a private mediator or with the magistrate judge.

Defendant Trans Union:  Trans Union is open to scheduling a settlement conference with a private mediator or with the magistrate judge.

Respectfully submitted,

s/ Nkem A. House
Nkem A. House, OBA No. 21219
The House Law Group
425 W. Wilshire, Blvd., Ste. E
Oklahoma City, Oklahoma 73116
405.633.1709 (telephone)
houselawfirm@gmail.com (email)
**Attorney for Plaintiff**

2

*/s/ Amanda Loughmiller*

Amanda Loughmiller, OBA #35383
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Pkwy., Suite 440
Plano, Texas 75024
Telephone: (214) 560-5455
Facsimile:  (214) 871-2111
aloughmiller@qslwm.com
**Counsel for Defendant
Trans Union LLC**

*/s/ Paige Vacante*

Paige Vacante, *admitted Pro Hac Vice*
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel: (312) 460-5000
Fax: (312) 460-7000
E-mail: pvacante@seyfarth.com
*Counsel for Defendant Equifax Information
Services LLC*

3

## CERTIFICATE OF SERVICE

This will certify that a true copy of the foregoing pleading was served via this Court's CMC/ECF system on 24th day of May, 2026 to all ECF registrants.

s/ Nkem A. House