## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TERRELL ROBERTS,

   Plaintiff,

v.

              Case Number: 5:25-cv-00887-JD

EQUIFAX INFORMATION SERVICES,
LLC and TRANS UNION, LLC,

   Defendants.

## JOINT MOTION FOR AGREED PROTECTIVE ORDER

Defendants Equifax Information Services, LLC and Trans Union LLC, and Plaintiff Terrell Roberts' file this their Joint Motion for Agreed Protective Order and show the Court as follows:

## I.

In this suit, Plaintiff has alleged that Defendants violated the Fair Credit Reporting Act and committed defamation based on Plaintiff's credit reports. The nature of this action necessarily involves personal and confidential information regarding Plaintiff and trade secrets and other confidential policies and procedures from Defendants.

## II.

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties agree that good cause has been shown to protect certain documents, testimony, discovery responses, and other materials or information produced in connection with discovery or other disclosure obligations in this cause of action. Such protection is necessary to avoid revealing personal information, trade secrets, other confidential research, development, or

1

commercial information, which the Parties agree, should not be revealed to persons or entities outside of this litigation and, should be revealed only in a permissible way within this litigation.

**III**.

The Parties have negotiated the terms of a mutually acceptable Agreed Protective Order.  The original Agreed Protective Order has been executed by counsel for the Parties and is being submitted to the Court as the proposed order on this motion.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter the Agreed Protective Order.

Dated: June 4, 2026.

/s/ *Nkem A. House*
Nkem A. House, OBA #21219
HOUSE LAW GROUP
425 W. Wilshire Blvd., Suite E
Oklahoma City, OK 73116
T: (305) 633-1709
houselawfirm@gmail.com
*Counsel for Plaintiff*
*Terrell Roberts*

/s/ *Amanda Loughmiller*
Amanda Loughmiller, OBA #35383
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
T: (214) 560-5455
F: (214) 871-2111
aloughmiller@qslwm.com
*Attorney for Defendant*
*Trans Union LLC*

/s/ *Paige Vacante*
Arthur F. Hoge, III, OBA# 4275
Littleton T. Ellett, OBA# 34644
HALL ESTILL
100 N Broadway Ave, Suite 2900
Oklahoma City, OK 73102
T: (405) 553-2828
F: (405) 553-2855
ahoge@hallestill.com
tellett@hallestill.com
*and*
Paige Vacante

2

Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
T: (312) 460-5121
pvacante@seyfarth.com
***Counsel for Equifax
Information Services LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of June 2026, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:

Nkem Amadi House, Sr.
houselawfirm@gmail.com
House Law Group
425 Wilshire Blvd., Suite E
Oklahoma City, OK 73116
(405) 633-1709
*Counsel for Plaintiff*

Arthur F Hoge , III
ahoge@hallestill.com
Littleton Tazewell Ellett, IV
tellett@hallestill.com
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
 and
Paige Vacante
pvacante@seyfarth.com
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
*Counsel for Equifax*
*Information Services LLC*

*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**

4