# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TERRELL ROBERTS,

      Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES,
LLC and TRANS UNION, LLC,

      Defendants.

Case No. 5:25-cv-00887-JD

## NOTICE OF ATTORNEY APPEARANCE

## TO THE HONORABLE JUDGE OF SAID COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Forrest M. "Teo" Seger III, of the law firm of Clark Hill PLC, hereby enters his appearance on behalf of Defendant Equifax Information Services LLC in connection with this lawsuit. The undersigned certifies that he is admitted to practice in this Court and is registered in this Court's Electronic Case Filing System.

Dated: June 8, 2026                 Respectfully submitted,

By:  */s/ Forrest M. "Teo" Seger III*
          **FORREST M. "TEO" SEGER**
          Texas State Bar No. 24070587
          OK Western District Bar No. 25-226
          TSeger@clarkhill.com
          CLARK HILL PLC
          2301 Broadway St.
          San Antonio, Texas 78215
          (210) 250-6000
          (210) 250-6100 (Fax)

          **ATTORNEY FOR DEFENDANT,
EQUIFAX INFORMATION SERVICES
LLC**

288159434.v1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2026, a true and correct copy of the foregoing *Notice of Attorney Appearance* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Forrest M. "Teo" Seger III
Forrest M. "Teo" Seger III

2

288159434.v1