**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

TERRELL ROBERTS,

        Plaintiff,

    v.                                                    Case No. 5:25-cv-00887-JD

EQUIFAX INFORMATION SERVICES,
LLC and TRANS UNION, LLC,

        Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S**
**FINAL EXHIBIT LIST**

Defendant Equifax Information Services, LLC ("Equifax"), in accordance with the

Court's Scheduling Order (ECF No. 29), submits its Final Exhibit List as follows:

1.  Plaintiff's credit data and file, which includes, but is not limited to:

    a.  Equifax's Frozen Scans during the relevant time period.

    b.  Equifax's Plain Language Scans for hard inquiries on Plaintiff's file.

2.  Relevant portions of Equifax's applicable policy and procedure manuals.

3.  Plaintiff's document production.

4.  Relevant portions of Plaintiff's upcoming deposition testimony.

5.  Relevant portions of Equifax's 30(b)(6) deposition testimony, if any.

6.  Equifax's Responses to Plaintiff's Requests for Discovery.

7.  Plaintiff's Responses to Equifax's Requests for Discovery.

8.  Any documents necessary to rebut evidence introduced by Plaintiff.

9.  Equifax reserves the right to supplement this list as discovery continues.

**Error! Unknown document property name.**

2

Dated:  June 22, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Paige Vacante*
     Paige Vacante
     *Admitted Pro Hac Vice*
     pvacante@seyfarth.com
     SEYFARTH SHAW LLP
     233 S. Wacker Drive
     Chicago, IL  60606-6448
     Telephone: (312) 460-5000
     Facsimile: (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

2

**Error! Unknown document property name.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 22, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S FINAL EXHIBIT LIST with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Paige Vacante*

Paige Vacante
*Counsel for Defendant*
*Equifax Information Services LLC*

Error! Unknown document property name.