**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TERRELL ROBERTS,<br><br>             Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC and TRANS UNION, LLC,<br><br>             Defendants. | Case No. 5:25-cv-00887-JD |

## <u>DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S WITNESS LIST</u>

Equifax Information Services LLC ("Equifax") hereby submits its preliminary witness list as follows:

1. **Latonya Munson, Celestina Gobin, or other designated representative of Equifax**
   c/o its counsel of record
   Forrest M. "Teo" Seger III
   TSeger@clarkhill.com
   CLARK HILL PLC
   Broadway St.
   San Antonio, Texas 78215

An Equifax representative is likely to have information regarding the policies, practices and procedures of Equifax for maintaining credit files and reinvestigating consumer disputes, Plaintiff's disputes, Equifax's reinvestigation of Plaintiff's disputes, the contents of Plaintiff's credit files, and, after reviewing relevant documents, the facts at issue in this case.

2. **Terrell Roberts**
   c/o his counsel of record
   Nkem House

326703459v.1

houselawfirm@gmail.com
425 W. Wilshire Blinvd., Ste E
Oklahoma City, OK 73116

Mr. Roberts is a Plaintiff in this matter. Mr. Roberts has knowledge of his credit history, the allegations contained in Plaintiff's Complaint, the events and circumstances giving rise to this lawsuit, any alleged denials of credit or other damages, and any communications with Equifax.

3. A representative from Discover Bank. These individuals may have knowledge of the facts at issue in this case regarding account(s) and/or any adverse actions. Name(s) and address(es) presently unknown.

4. A representative from Jefferson Capital Systems LLC. These individuals may have knowledge of the facts at issue in this case regarding account(s) and/or any adverse actions. Name(s) and address(es) presently unknown.

5. A representative LVNV Funding LLC. These individuals may have knowledge of the facts at issue in this case regarding account(s) and/or any adverse actions. Name(s) and address(es) presently unknown.

6. A representative from Portfolio Recovery Associates, LLC. These individuals may have knowledge of the facts at issue in this case regarding account(s) and/or any adverse actions. Name(s) and address(es) presently unknown.

7. Any and all fact and/or expert witnesses identified in Plaintiff's Witness List, should Plaintiff be permitted by the Court to file out of time.

2

8.  Any and all fact and/or expert witnesses required to rebut, impeach, or address the testimony of any fact or expert witnesses identified by Plaintiff, should Plaintiff be permitted by the Court to file out of time.

9.  Equifax further designates any witnesses identified by the Defendants Experian Information Solutions, Inc. and reserves the right to supplement or amend its witness list as the parties engage in discovery.

10. Equifax reserves the right to supplement or amend this list as discovery is ongoing.

Dated:  June 22, 2026                          Respectfully submitted,

                                               SEYFARTH SHAW LLP


                                               By:  */s/ Paige Vacante*
                                                    Paige Vacante
                                                    *Admitted Pro Hac Vice*
                                                    pvacante@seyfarth.com
                                                    SEYFARTH SHAW LLP
                                                    233 S. Wacker Drive
                                                    Chicago, IL  60606-6448
                                                    Telephone: (312) 460-5000
                                                    Facsimile: (312) 460-7000

                                               *Counsel for Defendant*
                                               *Equifax Information Services LLC*

3

326703459v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S WITNESS LIST with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Paige Vacante
Paige Vacante
*Counsel for Defendant*
*Equifax Information Services LLC*

326703459v.1