**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

TERRELL ROBERTS,

Plaintiff,

v. Case Number: 5:25-cv-00887-JD

EQUIFAX INFORMATION SERVICES,
LLC and TRANS UNION, LLC,

Defendants.

**DEFENDANT TRANS UNION LLC'S TRIAL EXHIBIT LIST**

Pursuant to the Court's Scheduling Order (Dkt. No. 29) and Federal Rule of Civil Procedure 26(a)(3), Defendant Trans Union LLC ("Trans Union") submits the following list of exhibits. By listing the exhibits below, Trans Union does not agree to their admissibility or use at trial, or any other proceeding or hearing, and it does not waive or limit any objections concerning relevance, admissibility, or on any other grounds. Trans Union reserves the right to challenge or object to any testimony of such listed witnesses or exhibits at trial or other use in this case, both at trial and before trial, including any motion(s) in limine.

**Trans Union LLC's Trial Exhibit List**

**Terrell Roberts v. Equifax Information Services, LLC, et al**
**Case No. 5:25-cv-00887-JD**

**EXHIBITS EXPECTED TO BE USED**

| EXH. NO. | DESCRIPTION OF EXHIBITS |
|---|---|
| 1 | Plaintiff's Amended Complaint (or operative complaint at the time of Trial) |
| 2 | Trans Union's Answer and Defenses to Plaintiff's Amended Complaint (or operative complaint at the time of Trial) |
| 3 | Deposition Transcript and Deposition Exhibits from Plaintiff's Deposition |
| 4 | Deposition Transcript and Deposition Exhibits from Trans Union's Deposition |
| 5 | Deposition Transcripts and Deposition Exhibits from any third-party Depositions |
| 6 | Plaintiff's Responses to Defendant Trans Union LLC's First Interrogatories to Plaintiff including any supplements to same and any Responses to additional Interrogatories that Trans Union may serve before Trial |
| 7 | Plaintiff's Responses to Defendant Trans Union LLC's First Set of Admissions to Plaintiff including any supplements to same and any Responses to additional Requests for Admissions that Trans Union may serve before Trial |
| 8 | Plaintiff's Responses to Defendant Trans Union LLC's First Requests for Production to Plaintiff including any supplements to same and any Responses to additional Requests for Production that Trans Union may serve before Trial |
| 9 | Plaintiff's Initial Disclosures and any supplements to same that Plaintiff may make prior to trial, including any documents produced by Plaintiff with such Initial Disclosures |
| 10 | Any documents produced by Plaintiff prior to the close of discovery |
| 11 | Any documents produced by Trans Union prior to the close of discovery (currently TU 1- TU 31) |
| 12 | Any documents produced by any third party prior to the close of discovery |

| **Trans Union LLC's Trial Exhibit List**<br>**Terrell Roberts v. Equifax Information Services, LLC, et al**<br>**Case No. 5:25-cv-00887-JD**<br>**EXHIBITS EXPECTED TO BE USED** | |
|---|---|
| **EXH. NO.** | **DESCRIPTION OF EXHIBITS** |
| 13 | Plaintiff's Responses to Defendant Equifax's Discovery Requests to Plaintiff including any supplements to same and any Responses to additional Discovery Requests that Defendant Equifax may serve before Trial |
| 14 | Trans Union's Initial Disclosures and Documents produced with same, including any supplementations and supplemental documents |
| 15 | Declarations of any Witness identified in Trans Union's Witness List filed on 6/22/26, and those for any witnesses supplemented by Trans Union after 6/22/26, and all Exhibits attached to such Declarations |
| 16 | Any documents attached to dispositive motions filed by any party |
| 17 | Declarations of any Witness identified in Plaintiff's Witness List |
| 18 | Trans Union's Confidential Document Production (to be produced after the entrance of a protective order) including but not limited to Trans Union's confidential policies and procedures |
| 19 | Plaintiff's Confidential Document Production (to be produced after the entrance of a protective order) |
| 20 | 2025 Credit Reporting Resource Guide |

| **Trans Union LLC's Trial Exhibit List**<br>**Terrell Roberts v. Equifax Information Services, LLC, et al**<br>**Case No. 5:25-cv-00887-JD**<br><br>**EXHIBITS THAT MAY BE USED IF THE NEED ARISES** | |
|---|---|
| **EXH. NO.** | **DESCRIPTION OF EXHIBITS** |
| 21 | Defendant Equifax's Initial Disclosures and Documents produced with same, including any supplementations and supplemental documents |
| 22 | Any documents produced by Defendant Equifax prior to the close of discovery |
| 23 | Deposition Transcripts and Deposition Exhibits from Defendant Equifax's Depositions |
| 24 | Any Pleadings and Exhibits filed in the case by any party |
| 25 | Declarations of any Witness identified in Equifax's Witness List filed on 6/22/26 and those for any witnesses supplemented by Equifax after 6/22/26 |
| 26 | Declarations of third parties and furnishers including but not limited to Discover Bank, Jefferson Capital Systems, LLC ("Jefferson Capital"), LVNV Funding LLC, and Portfolio Recovery Associates |
| 27 | Trans Union's Subscriber and Furnisher Agreements with relevant Subscribers and Furnishers |

As discovery is not complete, Trans Union reserves the right to list additional exhibits identified through discovery. Trans Union reserves the right to introduce evidence listed by the Plaintiff and not objected to by Trans Union. Trans Union further reserves the right to introduce evidence produced by Plaintiff and other defendants during discovery.

Respectfully submitted,

*/s/ Amanda Loughmiller*

Amanda Loughmiller (35383)
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
Telephone: (214) 560-5455
Fax: (214) 871-2111
aloughmiller@qslwm.com
***Counsel for Trans Union LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June 2026, a true and correct copy of the above and foregoing document has been sent by Electronic Mail to the following parties:

Nkem A. House, Sr.
houselawfirm@gmail.com
House Law Group
425 W. Wilshire Blvd., Suite E
Oklahoma City, OK 73116
***Counsel for Plaintiff***

**Forrest Seger , III**
tseger@clarkhill.com
Clark Hill Plc
2301 Broadway St.
San Antonio, TX 78215
*and*
Arthur F Hoge , III
ahoge@hallestill.com
Littleton Tazewell Ellett, IV
tellett@hallestill.com
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
*and*
Paige Vacante
pvacante@seyfarth.com
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
***Counsel for Equifax***
***Information Services LLC***

*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**