# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TERRELL ROBERTS,

      Plaintiff,

v.                                Case Number: 5:25-cv-00887-JD

EQUIFAX INFORMATION SERVICES,
LLC and TRANS UNION, LLC,

      Defendants.

## DEFENDANT TRANS UNION LLC'S WITNESS LIST

Pursuant to the Court's Scheduling Order (Dkt. No. 29), Defendant Trans Union LLC ("Trans Union") submits the following list of witnesses it may call to testify or use at any trial of this matter.  By listing the witnesses below, Trans Union does not agree to their admissibility or use at trial, or any other proceeding or hearing, and it does not waive or limit any objections concerning relevance, admissibility, or on any other grounds. Trans Union reserves the right to challenge or object to any testimony of such listed witnesses at trial or other use in this case, both at trial and before trial, including any motion(s) in limine.

    **1.**    **Terrell Roberts**
            **c/o Nkem A. House**
            **houselawfirm@gamil.com**
            **House Law Group**
            **425 W. Wilshire Blvd., Suite E**
            **Oklahoma City, OK 73116**
            **Expected to be called and/or used.**

    **2.**    **A corporate representative(s) and/or custodian(s) of records**
            **Experian Information Solutions Inc.**
            **P.O. Box 2002**
            **Allen, TX 75013**
            **(888) 397-3742**
            **May be called and/or used.**

1

3.    A corporate representative(s) and/or custodian(s) of records
      Equifax Information Services LLC
      P.O. Box 105518
      Atlanta, GA 30374
      (800) 685-1111
      May be called and/or used.

4.    A corporate representative(s) and/or custodian(s) of records
      Trans Union LLC
      555 West Adams
      Chicago, Illinois 60661
      (312) 258-1717
      Expected to be called and/or used.

5.    Joy Taylor
      Trans Union LLC
      2 Baldwin Place
      1510 Chester Pike
      Crum Lynne, PA 19022
      (610) 546-4600
      Expected to be called and/or used.

6.    A corporate representative(s) and/or custodian(s) of records
      Discover Bank
      P.O. Box 30939
      Salt Lake City, UT 84130
      (800) 347-2683
      May be called and/or used.

7.    A corporate representative(s) and/or custodian(s) of records
      Jefferson Capital System, LLC ("Jefferson Capital")
      200 14th Avenue East
      Sartell, MN 56377
      (866) 219-0725
      May be called and/or used.

8.    A corporate representative(s) and/or custodian(s) of records
      LVNV Funding LLC
      C/O Resurgent Capital Services
      P.O. Box 1269
      Greenville, SC 29603
      (877) 527-4484
      May be called and/or used.

2

9.    **A corporate representative(s) and/or custodian(s) of records**
**Portfolio Recovery Associates**
**120 Corporate Blvd, Suite 100**
**Norfolk, VA 23502**
**(844) 675-3407**
**May be called and/or used.**

Trans Union reserves the right to call any of the witnesses listed by Plaintiff and to call rebuttal witnesses as necessary.  In the event there are any other witnesses to be called at the trial, their names and addresses shall be reported to all counsel as soon as they are known.  This restriction shall not apply to rebuttal or impeachment witnesses, the necessity of whose testimony cannot reasonably be anticipated before the time of trial.  As discovery is not complete, Trans Union reserves the right to list additional witnesses as they become known to Trans Union.

Respectfully submitted,

*/s/ Amanda Loughmiller*

Amanda Loughmiller (35383)
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
Telephone: (214) 560-5455
Fax: (214) 871-2111
aloughmiller@qslwm.com
***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2026, a true and correct copy of the

above and foregoing document has been sent by Electronic Mail to the following parties:

Nkem A. House, Sr.
houselawfirm@gmail.com
House Law Group
425 W. Wilshire Blvd., Suite E
Oklahoma City, OK 73116
*Counsel for Plaintiff*

**Forrest Seger , III**
tseger@clarkhill.com
Clark Hill Plc
2301 Broadway St.
San Antonio, TX 78215
*and*
Arthur F Hoge , III
ahoge@hallestill.com
Littleton Tazewell Ellett, IV
tellett@hallestill.com
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
*and*
Paige Vacante
pvacante@seyfarth.com
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
*Counsel for Equifax*
*Information Services LLC*


*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**

4