# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TERRELL ROBERTS,

        Plaintiff,

v.

        Case Number: 5:25-cv-00887-JD

EQUIFAX INFORMATION SERVICES,
LLC and TRANS UNION, LLC,

        Defendants.

## JOINT NOTICE OF UNOPPOSED MOTION

Defendants Trans Union LLC ("Trans Union") and Equifax Information Services, LLC ("Equifax") (collectively the "Defendants") respectfully file this Joint Notice to inform the Court that their Motion for Judgment on the Pleadings and Memorandum of Points and Authorities in Support (ECF No. 38) (the "Motion"), filed on June 9, 2026, remains unopposed.

Pursuant to local rule LCvR7.1(g), Plaintiff Terrell Roberts'("Plaintiff") response to the Motion was due on or before June 30, 2026, and Defendants' reply brief was due within 7 seven days following the filing of the response. LCvR7.1(h).

To date, Plaintiff has failed to file a response or seek an extension by motion and leave of court. Pursuant to the Western District of Oklahoma LCvR7.1(g), "[a]ny motion that is not opposed within 21 days may, in the discretion of the court, be deemed confessed." Accordingly, Defendants Trans Union LLC and Equifax Information Services, LLC respectfully request that the Court treat the Motion as unopposed and rule on it at the Court's earliest convenience.

1

Dated: July 8, 2026                          Respectfully Submitted,

                                             */s/ Amanda Loughmiller*
                                             Amanda Loughmiller
                                             Oklahoma Bar No. 35383
                                             QUILLING, SELANDER, LOWNDS,
                                             WINSLETT & MOSER, P.C.
                                             5801 Tennyson Parkway, Suite 440
                                             Plano, Texas 75024
                                             Telephone: (214) 560-5455
                                             aloughmiller@qslwm.com

                                             **Counsel for Defendant Trans Union, LLC**


Dated: July 8, 2026                          Respectfully Submitted,

                                             */s/ Paige Vacante*
                                             Forrest M. "Teo" Seger III
                                             TSeger@clarkhill.com
                                             CLARK HILL PLC
                                             2301 Broadway Street
                                             San Antonio, Texas 78215
                                             Telephone: (210) 250-6000
                                               *and*
                                             Paige Vacante (*Admitted Pro Hac Vice)*
                                             pvacante@seyfarth.com
                                             SEYFARTH SHAW LLP
                                             233 S. Wacker Drive
                                             Chicago, IL  60606-6448
                                             Telephone: (312) 460-5000
                                             **Counsel for Defendant Equifax Information
                                             Services, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8th day of July 2026, the foregoing document was filed via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

Nkem A. House, Sr.
houselawfirm@gmail.com
House Law Group
425 W. Wilshire Blvd., Suite E
Oklahoma City, OK 73116
*Counsel for Plaintiff*

Forrest M. "Teo" Seger III
TSeger@clarkhill.com
Clark Hill PLC
2301 Broadway Street
San Antonio, TX 78215
  *and*
Paige Vacante
pvacante@seyfarth.com
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606-6448

*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**

3